

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE: | | No. 08-18-00132-CV |
| | § | |
| TEXAS DEPARTMENT OF | | AN ORIGINAL PROCEEDING IN |
| TRANSPORTATION, | § | |
| | | PROHIBITION AND INJUNCTION |
| RELATOR | § | |
| | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of prohibition against the Honorable Bonnie Rangel, Judge of the 171st District Court of El Paso, Texas and concludes that Relator's petition for writ of prohibition should be conditionally granted. We therefore direct the trial court to refrain from conducting any further proceedings or taking any further action in cause number 2018DCV1823 until TxDOT's appeal in our cause number 08-17-00047-CV is finally concluded, in accordance with the opinion of this Court. The writ of prohibition will issue only if the trial court fails to comply.

It is further ordered that Relator's petition for a writ of injunction against Genaro Flores should be conditionally granted. We therefore order that Genaro Flores refrain from prosecuting cause number 2018DCV1823 or seeking enforcement of the superseded judgment until TxDOT's appeal in our cause number 08-17-00047-CV is finally concluded. The writ of injunction will issue only if Genaro Flores fails to act in accordance with this Court's opinion.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.